NITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:26-cr-240-VMC-SPF

MICHAEL VINCENT STEMPEL

_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and

pleaded guilty to Count(s) 1 and 2 of the Indictment. After cautioning and examining the

Defendant as mandated by Rule 11, I have determined that the guilty plea is knowledgeable,

voluntary, and supported by a factual basis. I therefore recommend that the plea of guilty be

accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO REPORTED AND RECOMMENDED at Tampa, Florida on July 21, 2026.

_____

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Within fourteen days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to the proposed findings and recommendations or request an extension of time to do so. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Failure of any party to timely object in accordance with the provisions of § 636(b)(1) waives that party's right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1.